DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VERONICA BUCHANON RUIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1739

[December 21, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 2009CF003984 A.

Crystal McBee Frusciante, Sunrise, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***